(December 1, 1926.)

CITY OF SALMON, LEMHI COUNTY, IDAHO, Respondent, v. THE BOARD OF COUNTY COMMISSIONERS OF LEMHI COUNTY, IDAHO, Sitting as a Board of Equalization, Respondent, and PIONEER BANK & TRUST COMPANY, CITIZENS' NATIONAL BANK OF SALMON, LEMHI VALLEY BANK, Appellants.

[251 Pac. 620.]

APPEAL from the District Court of the Sixth Judicial District, for Lemhi County. Hon. Raymond L. Givens, Judge.

Judgment reversing order of board of equalization. *Reversed.*

E. H. Casterlin, for Appellants.

Francis R. Hall, Jr., and A. H. Conner, for Respondents.

WM. E. LEE, C. J.—The issues being identical, on the authority of *Independent School District No. 1, Lemhi County, Respondent, v. Board of County Commissioners of Lemhi County, Respondent, and Pioneer Bank & Trust Company, Citizens' National Bank of Salmon, Lemhi Valley Bank, Appellants, ante,* p. 285, 251 Pac. 619, the judgment is reversed. Costs to appellants.

Budge, Taylor and T. Bailey Lee, JJ., concur.